An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT EARL STEWART,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65340

**FILED**

JUL 2 3 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is a proper person appeal from an order of the district court denying a post-conviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Appellant filed his petition on February 21, 2014, more than 4 years after entry of the judgment of conviction on January 5, 2010. Thus, appellant's petition was untimely filed. *See* NRS 34.726(1). Appellant's petition was procedurally barred absent a demonstration of good cause—cause for the delay and undue prejudice. *See id.*

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

14-23949

Appellant failed to allege cause for the delay or undue prejudice in his petition. Therefore, the district court did not err in denying the petition as procedurally barred, and we

ORDER the judgment of the district court AFFIRMED.[2]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc: Hon. Michelle Leavitt, District Judge
Robert Earl Stewart
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[2]To the extent that appellant was appealing from the denial of his Rule 60(b) motion, the denial of such a motion is not an appealable decision in a criminal case. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990).

SUPREME COURT
OF
NEVADA

(O) 1947A